IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:09cr5-SPM/AK

RICHARD CARR.
_____/

## ORDER DENYING MOTION TO REVOKE DETENTION ORDER

This cause comes before the Court on Defendant's Motion for Revocation of Detention Order (docs. 30 and 32).  Detention remains appropriate because Defendant is unlikely to abide by any conditions of release that are necessary to assure that he will not flee or pose a danger to the community.  As noted in the Magistrate Judge's order (doc. 16), Defendant has an extensive criminal history that includes use of aliases and other deceptive practices.  Concerns about Defendant's medical treatment can be addressed with the Marshal's service or the detention center.   Based on the foregoing, it is

ORDERED AND ADJUDGED: Defendant's motions (docs. 30 and 32) are denied.

DONE AND ORDERED this 18th day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge